**United States District Court**
For the Northern District of California

1

2

3

4

5                              UNITED STATES DISTRICT COURT

6                              NORTHERN DISTRICT OF CALIFORNIA

7

8    WILLIAM DON HOOVER,                          No. C 12-4300 EMC (pr)

9              Petitioner,

10        v.                                      **ORDER RE FAILURE TO PAY FILING
                                                  FEE OR SUBMIT COMPLETED *IN***
11   MICHAEL MARTEL, Warden,                      ***FORMA PAUPERIS* APPLICATION**

12             Respondent.

13   _____/

14

15        This *pro se* action for writ of habeas corpus was filed on August 15, 2012, at which time the

16   Court notified Petitioner in writing that the action was deficient due to the failure to pay the filing

17   fee or submit a completed and signed court-approved *in forma pauperis* application.  He was

18   instructed to pay the fee or file the application materials within thirty days, and was warned that the

19   failure to do so would result in the dismissal of this action.  Petitioner did not respond.  A habeas

20   petitioner generally needs to be very careful to follow Court directions to avoid having his action

21   dismissed because, when he files his new action, that new action may be barred by one of the many

22   rules that apply to habeas petitions, especially the one-year statute of limitations filing deadline.

23   The Court will give Petitioner one last chance to comply with the fee requirement.  Petitioner must

24   ///

25   ///

26   ///

27   ///

28   ///

pay the $5.00 filing fee or submit a completed and signed court-approved *in forma pauperis* application no later than **November 30, 2012**.  The action will be dismissed if Petitioner does not pay the fee or submit the application by the deadline.

      IT IS SO ORDERED.

Dated:  October 29, 2012

_____

EDWARD M. CHEN
United States District Judge

**United States District Court**
For the Northern District of California

2