UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DON HOOVER, | No. C 12-4300 EMC (pr) |
| Petitioner, | |
| v. | **ORDER RE FAILURE TO PAY FILING FEE OR SUBMIT COMPLETED *IN FORMA PAUPERIS* APPLICATION** |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

This *pro se* action for writ of habeas corpus was filed on August 15, 2012, at which time the Court notified Petitioner in writing that the action was deficient due to the failure to pay the filing fee or submit a completed and signed court-approved *in forma pauperis* application. He was instructed to pay the fee or file the application materials within thirty days, and was warned that the failure to do so would result in the dismissal of this action. Petitioner did not respond. A habeas petitioner generally needs to be very careful to follow Court directions to avoid having his action dismissed because, when he files his new action, that new action may be barred by one of the many rules that apply to habeas petitions, especially the one-year statute of limitations filing deadline. The Court will give Petitioner one last chance to comply with the fee requirement. Petitioner must

///
///
///
///
///

pay the $5.00 filing fee or submit a completed and signed court-approved *in forma pauperis* application no later than **November 30, 2012**. The action will be dismissed if Petitioner does not pay the fee or submit the application by the deadline.

IT IS SO ORDERED.

Dated: October 29, 2012

_____
EDWARD M. CHEN
United States District Judge

2