UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DON HOOVER, | No. C-12-4300 EMC (pr) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

This *pro se* action for writ of habeas corpus was filed on August 15, 2012, at which time the Court notified Petitioner in writing that the action was deficient due to the failure to pay the filing fee or submit a completed and signed court-approved *in forma pauperis* application. He was instructed to pay the fee or file the application materials within thirty days, and was warned that the failure to do so would result in the dismissal of this action. Petitioner did not respond.

On October 29, 2012, the Court issued an order, noting that Petitioner had not paid the filing fee or submitted an *in forma pauperis* application, and stated that it would "give Petitioner one last chance to comply with the fee requirement." Petitioner was ordered to pay the $5.00 filing fee or submit a completed and signed court-approved *in forma pauperis* application no later than November 30, 2012, and warned that the "action will be dismissed if Petitioner does not pay the fee or submit the application by the deadline."

///
///
///
///

The deadline has long passed, and the Court has not received the filing fee, *in forma pauperis* application or any other communication from Petitioner. Accordingly, this action is **DISMISSED** without prejudice due to Petitioner's failure to pay the filing fee or submit an *in forma pauperis* application.

IT IS SO ORDERED.

Dated: May 7, 2013

_____
EDWARD M. CHEN
United States District Judge

2